Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-441-685**

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Rennie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | August 15, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

- **Author:** Catherine Frances Rayner
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
| | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
| | Edinburgh EH10 4SW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031002 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-441-690

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

## Title

**Title of Work:** Flo

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 09, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Catherine Frances Rayner
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Catherine Frances Rayner
1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

## Rights and Permissions

**Name:** Catherine Frances Rayner
**Email:** hello@catherinerayner.co.uk
**Address:** 1 Cluny Terrace
Edinburgh EH10 4SW United Kingdom

## Certification

**Name:** David Denholm
**Date:** March 10, 2025
**Applicant's Tracking Number:** CR2025031003



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-441-687**

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

## Title
    **Title of Work:** Jess

## Completion/Publication
    **Year of Completion:** 2022
    **Date of 1st Publication:** May 28, 2022
    **Nation of 1st Publication:** United Kingdom

## Author
-     **Author:** Catherine Frances Rayner
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant
    **Copyright Claimant:** Catherine Frances Rayner
    1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

## Rights and Permissions
    **Name:** Catherine Frances Rayner
    **Email:** hello@catherinerayner.co.uk
    **Address:** 1 Cluny Terrace
    Edinburgh EH10 4SW United Kingdom

## Certification
    **Name:** David Denholm
    **Date:** March 10, 2025
    **Applicant's Tracking Number:** CR2025031005



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-448-712

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
June 11, 2025

---

## Title

    **Title of Work:** Debbie

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** May 03, 2022
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Catherine Frances Rayner
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Catherine Frances Rayner
    1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

## Rights and Permissions

    **Name:** Catherine Frances Rayner
    **Email:** hello@catherinerayner.co.uk
    **Address:** 1 Cluny Terrace
    Edinburgh EH10 4SW United Kingdom

## Certification

    **Name:** David Denholm
    **Date:** March 10, 2025
    **Applicant's Tracking Number:** CR2025031001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-441-689
**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

## Title
    **Title of Work:** Antonio

## Completion/Publication
    **Year of Completion:** 2023
    **Date of 1st Publication:** February 09, 2023
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Catherine Frances Rayner
    **Author Created:** 2-D artwork
    **Citizen of:** United Kingdom

## Copyright Claimant
    **Copyright Claimant:** Catherine Frances Rayner
    1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

## Rights and Permissions
    **Name:** Catherine Frances Rayner
    **Email:** hello@catherinerayner.co.uk
    **Address:** 1 Cluny Terrace
    Edinburgh EH10 4SW United Kingdom

## Certification
    **Name:** David Denholm
    **Date:** March 10, 2025
    **Applicant's Tracking Number:** CR2025031004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-442-812**

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Cyril |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | November 01, 2021 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Catherine Frances Rayner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
| | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
| | Edinburgh EH10 4SW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031006 |

